```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  X
                                    :
UNITED STATES OF AMERICA            :
                                    :
           - v. -                   :    UNSEALING ORDER
                                    :
SAKOYA BLACKWOOD,                   :    22 Cr. 460
a/k/a "Koya Blackwood Fews,"        :
a/k/a "Lila Cohen,"                 :
                                    :
           Defendant.               :
                                    :
- - - - - - - - - - - - - - - - -  X
```

Upon application of the United States of America, by and through Assistant United States Attorney Mollie Bracewell, it is hereby ORDERED that Indictment 22 Cr. 460 be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        August 31, 2022

_____
HONORABLE JENNIFER WILLIS
UNITED STATES MAGISTRATE JUDGE