

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Sakoya Blackwood*, 22 Cr. 460 (JMF)

Dear Judge Furman:

    Following up on its letter submission from earlier today, and as directed by the Court, the Government is here filing a redacted version of Exhibit A for the public docket. Exhibit A depicts various false identification documents obtained in connection with the arrest of the defendant and search of her residence. Given the possibility that the identification documents depicted in Exhibit A contain other individuals' personal identifying information, the Government has already requested that an unredacted version be filed under seal and is now filing a redacted version that omits potentially sensitive information.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By:    /s/ Mollie Bracewell
    Mollie Bracewell
    Assistant United States Attorney
    (212) 637-2218

cc:    Marne Lenox, Esq.