**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 1, 2022

**EX-PARTE**
**TO BE FILED UNDER SEAL**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Sakoya Blackwood</u>
                22 Cr. 460 (JMF)

Dear Judge Furman:

      I write, as counsel to Sakoya Blackwood, to respectfully request a substitution of counsel in the above-captioned matter as soon as possible. I have just learned of an unwaivable conflict that prevents me from continuing to represent Ms. Blackwood. Accordingly, I respectfully request that the Court relieve the Federal Defenders and appoint CJA counsel to represent Ms. Blackwood moving forward. Relatedly, I respectfully request that this letter be filed under seal.

      Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

---

The application for substitution of counsel is GRANTED, and Michael Tremonte, the CJA counsel on duty yesterday, is appointed as new counsel. Outgoing counsel is ordered to contact Mr. Tremonte promptly, advise him of the schedule set at the initial conference yesterday, and to provide any and all assistance required to ensure a smooth transition of counsel. As counsel provides, and the Court sees, no basis to file this letter under seal or ex parte, that request is denied.

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
United States District Judge
September 2, 2022