**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           v.

SAKOYA BLACKWOOD,

             Defendant.

Case No. 22-cr-460 (JMF)

**NOTICE OF**
**APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Michael Tremonte of the firm Sher

Tremonte LLP, hereby appears as counsel for Defendant Sakoya Blackwood in the above-

captioned action.

Dated:  September 8, 2022
       New York, New York

                          SHER TREMONTE LLP

                          By:    */s/ Michael Tremonte*
                                  Michael Tremonte
                                  90 Broad Street, 23rd Floor
                                  New York, New York 10004
                                  Tel: 212.202.2600
                                  Email: MTremonte@shertremonte.com