

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
New York, New York 10007

   Re: *United States v. Sakoya Blackwood*, 22 Cr. 460 (JMF)

Dear Judge Furman:

  Please find enclosed a proposed protective order, which the parties have already executed. The Government submits that the proposed protective order is appropriate under Rule 16(d)(1) because the Government anticipates that the discovery materials will include, among other things: (1) materials that refer to victims and/or witnesses relating to an ongoing investigation; and (2) materials, including sexually explicit materials, that affect the privacy and confidentiality of other individuals.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

        By: __/s/ Justin Rodriguez__
           Mollie Bracewell
           Justin V. Rodriguez
           Assistant United States Attorneys
           Tel:  (212) 637-2218 / 2591

cc: Counsel of Record