AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cr-460 (JMF) |
| Sakoya Blackwood | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sakoya Blackwood.

Date:   09/16/2022

/s/ Anna Estevao
*Attorney's signature*

Anna Estevao 5437157 (NY)
*Printed name and bar number*

Sher Tremonte LLP
90 Broad St., 23rd Fl.
New York, NY 10004
*Address*

aestevao@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*