# SHER TREMONTE LLP

November 9, 2022

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***United States v. Sakoya Blackwood***, 22-CR-460 (JMF)

Dear Judge Furman:

We represent Ms. Blackwood in the above-captioned matter.  We write, with the consent of the government, to respectfully request a 45-day adjournment of the pretrial motion schedule.  An adjournment is necessary to allow the parties to continue to work toward a pretrial resolution of this case.

If granted, pretrial motions would be due on January 3, 2023, with the government's opposition due on January 31, 2023, and replies due on February 7, 2023.  We also request a corresponding adjournment of the status conference currently scheduled for November 22, 2022, to a date convenient for the Court.  We agree to exclusion of time until the adjournment date under the Speedy Trial Act.

The government consents to this request.  We appreciate the Court's consideration.

Respectfully submitted,

/s/
Michael Tremonte
Anna Estevao

Cc:    Mollie Bracewell & Justin Rodriguez, Assistant United States Attorneys

Application GRANTED. Motions are due January 6, 2023, with the Government's opposition due by January 20, 2023, and replies due on January 27, 2023. The pretrial conference is ADJOURNED to January 31, 2023, at 3:00 p.m. (The parties should not expect another adjournment.) Time is hereby excluded in the interests of justice from today, November 9, 2022, until January 31, 2023 for the reasons set forth in defense counsel's letter. SO ORDERED.

November 9, 2022