**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 22 Cr. 460 (JMF) |
| SAKOYA BLACKWOOD, | **NOTICE OF MOTION** |
| Defendant. | |

---

**PLEASE TAKE NOTICE THAT**, upon the accompanying memoranda of law, affirmation of Michael Tremonte, and exhibits, Defendant Sakoya Blackwood, by and through her counsel, moves before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, sitting at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1105, for an order dismissing the Indictment.

Dated: February 2, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SHER TREMONTE LLP

　　　　　　　　　　　　　　　　　　　　/s/Michael Tremonte
　　　　　　　　　　　　　　　　　　　　Michael Tremonte
　　　　　　　　　　　　　　　　　　　　Anna Estevao
　　　　　　　　　　　　　　　　　　　　90 Broad Street, 23rd Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　T: (212) 202-2600
　　　　　　　　　　　　　　　　　　　　F: (212) 202-4156
　　　　　　　　　　　　　　　　　　　　jharris@shertremonte.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Sakoya Blackwood*