**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

    -against-

SAKOYA BLACKWOOD,

                  Defendant.

22 Cr. 460 (JMF)

**NOTICE OF MOTION**

---

      **PLEASE TAKE NOTICE THAT**, upon the accompanying memoranda of law, affirmation of Michael Tremonte, and exhibits, Defendant Sakoya Blackwood, by and through her counsel, moves before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, sitting at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1105, for suppression of evidence and such further relief as the Court may deem just and proper.

Dated:  February 2, 2023
         New York, New York

                                          Respectfully submitted,

                                          SHER TREMONTE LLP

                                          /s/Michael Tremonte
                                          Michael Tremonte
                                          Anna Estevao
                                          90 Broad Street, 23rd Floor
                                          New York, New York 10004
                                          T: (212) 202-2600
                                          F: (212) 202-4156
                                          jharris@shertremonte.com

                                          *Attorneys for Sakoya Blackwood*