UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SAKOYA BLACKWOOD,

               Defendant.

22 Cr. 460 (JMF)

**DECLARATION OF MICHAEL TREMONTE IN SUPPORT OF SAKOYA BLACKWOOD'S MOTION TO DISMISS AND MOTION TO SUPPRESS**

      I, MICHAEL TREMONTE, an attorney admitted to this practice in this Court, hereby affirm as follows:

      1.     I represent Sakoya Blackwood, a defendant in this case, having been appointed as counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(b).  I make this declaration in support of Ms. Blackwood's pretrial motions (Motion to Dismiss and Motion to Suppress).

      2.     Attached as Exhibit A is a copy of a Cellebrite extraction report containing excerpts of various text message conversations allegedly involving Ms. Blackwood (under various aliases) and Victim-1, dated between March 16, 2022 and May 2, 2022, produced by the government in discovery as USAO_001627-1811.

      3.     Attached as Exhibit B is a copy of an application for a warrant and order for stored electronic communications and data at Facebook.com, dated July 8, 2022, and produced by the government in discovery as USAO_001924-1951.

      4.     Attached as Exhibit C is a copy of an application for a warrant and order for stored electronic communications and data at Google, dated July 1, 2022, and produced by the government in discovery as USAO_001975-1999.

1

2

5.  Attached as Exhibit D is a copy of an application for a warrant and order to search a residence, dated August 25, 2022, and produced by the government in discovery as USAO_002000-2026.

6.  Attached as Exhibit E is a copy of an application for a warrant and order to search a residence, dated August 31, 2022, and produced by the government in discovery as USAO_002027-2039.

7.  Attached as Exhibit F is an excerpt of an extraction report containing a text message conversation allegedly involving Ms. Blackwood (under the alias "Brian") and Victim-1, dated between April 11, 2022 and August 30, 2022, produced by the government in discovery via Cellebrite.

8.  Attached as Exhibit G is a copy of an email exchange between Victim-1 and law enforcement, dated between August 25, 2022, and August 30, 2022, produced by the government in discovery at USAO_001619-001626.

Dated: February 2, 2023
       New York, New York

/s/Michael Tremonte
Michael Tremonte