UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -v- : 22-CR-460 (JMF)
:
SAKOYA BLACKWOOD, : ORDER
:
        Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 3, 2023, Defendant Sakoya Blackwood filed a motion to dismiss and a motion to suppress.  *See* ECF Nos. 24, 26.  The Government shall file its opposition to both motions by the **February 17, 2023** deadline in the form of a single, consolidated memorandum of law, not to exceed thirty pages; Blackwood shall file any reply by the **February 24, 2023** deadline in the form of a single, consolidated memorandum of law, not to exceed thirteen pages.

      Blackwood filed her motion papers in redacted form or under seal but did not seek leave of Court to do so.  No later than **February 10, 2023**, Blackwood shall file a letter-motion seeking leave *nunc pro tunc* in accordance with Paragraph 10 of the Court's Individual Rules and Practices for Criminal Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: February 6, 2023
       New York, New York
                                                        JESSE M. FURMAN
                                                        United States District Judge