

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2023

Application GRANTED. The Clerk of Court is directed to terminate Doc. #41. SO ORDERED.

May 18, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Sakoya Blackwood*, 22 Cr. 460 (JMF)

Dear Judge Furman:

Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

Thank you for the Court's consideration.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:     /s/ Mary E. Bracewell     
        Mary E. Bracewell
        Assistant United States Attorney
        (212) 637-2218

cc:   Counsel of Record (by ECF)