

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Sakoya Blackwood*, 22 Cr. 460 (JMF)

Dear Judge Furman:

    The Government writes, with the consent of defense counsel, to request that the Court adjourn sentencing, which is currently scheduled for July 6, 2023, at 10:00 a.m., to either July 19 or July 20, 2023, days which the Government understands to be convenient for the Court.

    The undersigned AUSA has a pre-planned vacation the week of July 3, 2023, and is now the only AUSA assigned to this matter. *See* Doc. No. 42 (May 18, 2023 order terminating appearance of AUSA Mary Bracewell). To ensure that the Government is best positioned to answer any questions that the Court has in connection with sentencing, the undersigned respectfully requests a brief adjournment. Defense counsel consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By:    */s/ Justin Rodriguez*
    Justin V. Rodriguez
    Assistant United States Attorney
    (212) 637-2591

cc:    Counsel of record