# Exhibit C



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Sakoya Blackwood

*has successfully completed a semester-course:*

*The Problem with Slavery in the Age of Revolutions*

*offered by the Justice-in-Education Initiative and the Rethinking Justice Initiative*

*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*

*Nineteenth day of May in the year Two Thousand Twenty-Three.*

*Noah Remnick*
_____
*Instructor*



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Sakoya Blackwood

*has successfully completed a semester-course:*

*The US Presidency: George Washington to Joe Biden*

*offered by the Justice-in-Education Initiative and the Rethinking Justice Initiative*

*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*

*Nineteenth day of May in the year Two Thousand Twenty-Three.*

*David Eisenbach*
───────────────────────────
*Instructor*

# Certificate of Completion

This certifies that

## Sayoka Blackwood

Completed the following class:

## Understanding Your Feelings: Shame and Low Self-Esteem


1/26/2023
DATE



G. Matey, Special Population Coordinator

# Certificate of Completion

This certifies that

## Sakoya Blackwood

Completed the following class:

## Foundations



12/22/22
DATE

MDC Brooklyn

G. Matey, Special Population Coordinator

# Certificate of Completion

This certifies that

## Sakoya Blackwood

Completed the following class:

## Healthier Me in the BOP



1/4/23
DATE

MDC Brooklyn

G. Matey, Special Population Coordinator



# Certificate of Completion

Presented to

*Sakoya Blackwood*

Register # 19232-510

This certificate is an acknowledgement of the successful completion of:

Trauma in Life Workshop at

Metropolitan Detention Center, Brooklyn, NY

This certificate is hereby issued on November 15, 2022.

Dr. Steinhaus, Psy.D., M.S.
Staff Psychologist



# MDC Brooklyn Recreation Department

This is to Certify that

*Sakoya Blackwood*

Has Successfully Completed:

CROCHET SENTRY CLASS

At MDC Brooklyn

This certificate is hereby issued this 6th day of February 2023

*R. Simon*

Recreation Specialist