# Exhibit D

January 9, 2023

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
38 River Road
Essex Junction, VT 05479-0001



**U.S. Citizenship and Immigration Services**



EAC2116050954



SAKOYA SHEMARIE BLACKWOOD FEWS
SANCTUARY FOR FAMILIES
c/o POOJA ASNANI
30 WALL ST FLR 8TH
NEW YORK, NY 10005

RE: SAKOYA SHEMARIE BLACKWOOD FEWS
I-360, Petition for Amerasian, Widow(er), or Special Immigrant

## PRIMA FACIE DETERMINATION

**Receipt Date:** March 9, 2021



The request for an extension of a prima facie case for classification under the self-petitioning provisions of the Violence Against Women Act has been reviewed and granted.

THIS NOTICE MAY BE USED TO ASSIST YOU IN RECEIVING PUBLIC BENEFITS.

**THIS PRIMA FACIE DETERMINATION IS VALID FOR A PERIOD OF 180 DAYS FROM THE NOTICE DATE SHOWN ABOVE, AND EXPIRES ON THE DATE INDICATED BELOW.**

We will send you a written notice as soon as we make a decision on this case. It is not expected that a final decision will be made in this case before the end of 180 days. If this period is coming to a close and a decision has not been made on your case, you will automatically receive an extension within 60 days of the ending date.

**PLEASE NOTE: ESTABLISHING A PRIMA FACIE CASE FOR CLASSIFICATION UNDER THE SELF-PETITIONING PROVISIONS OF THE VIOLENCE AGAINST WOMEN ACT DOES NOT NECESSARILY MEAN THAT YOUR PETITION WILL BE APPROVED.**

**EXPIRATION DATE:** July 8, 2023