# SHER TREMONTE LLP

July 5, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:** *United States v. Sakoya Blackwood*, **22 Cr. 460 (JMF)**

Dear Judge Furman,

   Consistent with the Court's individual rules and practices, we respectfully request that the Court accept the proposed redactions to Ms. Blackwood's sentencing submission, ECF No. 48, which are necessary to protect sensitive mental health information and details about abuse experienced by Ms. Blackwood and third parties, as well as to protect the identity of her minor child. Certain proposed redactions are also necessary to prevent disclosure of information that could expose Ms. Blackwood to retaliation.

   We also seek to file two exhibits under seal: a forensic psychological evaluation report by Dr. Jessica Pearson, Psy.D., that discusses Ms. Blackwood's mental health condition (Exhibit B), and information related to Ms. Blackwood's minor daughter, including school records and a letter from her counselor (Exhibit E).

   We appreciate the Court's consideration.

       Respectfully submitted,

       /s/ Michael Tremonte
       Michael Tremonte
       Anna Estevao