# SHER TREMONTE LLP

July 28, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:** *United States v. Sakoya Blackwood*, 22 Cr. 460 (JMF)

Dear Judge Furman,

    We represent Sakoya Blackwood, who was sentenced on July 19, 2023 to time served with a three-year term of supervised release. *See* ECF No. 52. We write to respectfully request that the Court, by so-ordering the attached proposed order, direct Pretrial Services to release Ms. Blackwood's passport, which we understand is requested by immigration authorities. The government consents to this request.

                      Respectfully submitted,

                      /s/ Michael Tremonte
                      Michael Tremonte
                      Anna Estevao

                      *Attorneys for Sakoya Blackwood*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

SAKOYA BLACKWOOD,

Defendant.

22 Crim. 460 (JMF)

[PROPOSED] **ORDER**

Upon the application of Sakoya Blackwood, by her attorneys Michael Tremonte and Anna Estevao, for an order directing U.S. Pretrial Services to release Ms. Blackwood's passport;

IT IS HEREBY ORDERED, that U.S. Pretrial Services is directed to release Ms. Blackwood's passport to her, for retrieval by her or her attorneys, or by returning her passport to her at the address she has provided to Pretrial Services via UPS.

Dated: New York, New York
       July ___, 2023

SO ORDERED

_____
Hon. Jesse M. Furman
District Judge, United States District Court
Southern District of New York