UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SAKOYA BLACKWOOD,

Defendant.

22 Crim. 460 (JMF)

[PROPOSED] ORDER

Upon the application of Sakoya Blackwood, by her attorneys Michael Tremonte and Anna Estevao, for an order directing U.S. Pretrial Services to release Ms. Blackwood's passport;

IT IS HEREBY ORDERED, that U.S. Pretrial Services is directed to release Ms. Blackwood's passport to her, for retrieval by her or her attorneys, or by returning her passport to her at the address she has provided to Pretrial Services via UPS.

Dated: New York, New York
       July  28 , 2023

SO ORDERED

_____
Hon. Jesse M. Furman
District Judge, United States District Court
Southern District of New York