```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :    22-CR-460 (JMF)
                                                                       :
SAKOYA BLACKWOOD,                                                      :         ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Probation Department has recommended early termination of Defendant's term of supervised release. The Probation Department's memorandum indicates that the Government opposes early termination. The Government shall file any opposition to the Probation Department's recommendation by **April 2, 2025**, and Defendant shall file any response to the Government's submission by **April 9, 2025**.

SO ORDERED.

Dated: March 26, 2025
       New York, New York                         _____
                                                  JESSE M. FURMAN
                                                  United States District Judge