UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
                                                                       :
           -v-                                                       :    22-CR-460 (JMF)
                                                                       :
SAKOYA BLACKWOOD,                                                      :    ORDER
                                                                       :
           Defendant.                                                :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Probation Department has withdrawn its earlier recommendation for early termination of Defendant's term of supervised release. Accordingly, the Government's opposition to that recommendation, *see* ECF No. 62, is moot.

        The Clerk of Court is directed to terminate ECF No. 62.

        SO ORDERED.

Dated: April 7, 2025
       New York, New York

                                                                       JESSE M. FURMAN
                                                                United States District Judge